UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:18-cr-190 |
| v. ) | |
| ) | |
| BELIQUES BOWENS ) | |

## ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, without prejudice, the indictment is GRANTED.

The indictment is hereby dismissed without prejudice.

So ORDERED, this 13th day of DECEMBER 2018.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES JUDGE
SOUTHERN DISTRICT OF GEORGIA